BEFORE THE THIRD DIVISION, MARCH 23, 1965

No. 69168.—Palmar Import Co., Inc. v. United States, protest 64/16445 (Seattle).

Opinion by DONLON, J.   The official papers showing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, MARCH 24, 1965

No. 69169.—Ira Furman Co. v. United States, protests 330503–K, etc. (New York).

Opinion by RAO, J.   Since samples of the merchandise passed the so-called cup test, where, in United States v. D. H. Grant & Co., Inc. (47 CCPA 20, C.A.D. 723), incorporated herein, it was held that merchandise which passed said cup test was properly dutiable as waterproof cloth, the claim of the plaintiff was sustained.

No. 69170.—B. A. McKenzie & Co., Inc. v. United States, protest 58/10109 (Seattle).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiff was sustained.